# EXHIBIT B

 



By Krind WW
RECEIVED

MAY 27 2015

LEGAL AFFAIRS

**SUMMONS**

| | |
|---|---|
| Attorney(s) | Mitchell C. Beinhaker, Esq. |
| Office Address | The Beinhaker Law Firm, LLC |
| | 414 Westfield Avenue |
| Town, State, Zip Code | Westfield, NJ 07090 |
| Telephone Number | (908) 272-2232 |
| Attorney(s) for Plaintiff | Mitchell C. Beinhaker |

Jason D. Cohen, MD, FACS and Professional Orthpaedic Assoc.

as assign. & des. auth. rep of Patient AM and Patient AM

Plaintiff(s)

Vs.

Horizon Blue Cross Blue Shield of New Jersey

Defendant(s)

**Superior Court of
New Jersey**

| Essex | COUNTY |
|---|---|
| Law | DIVISION |

Docket No: L - 3357-15

**CIVIL ACTION
SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Michelle M. Smith, Esq.
Clerk of Superior Court

Clerk of the Superior Court

DATED:     05/15/2015

Name of Defendant to Be Served:    Horizon Blue Cross Blue Shield of New Jersey

Address of Defendant to Be Served:    3 Penn Plaza East, Newark, New Jersey 07105

Revised 11/17/2014, CN 10792-English (Appendix XII-A)