IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JASON D. COHEN, M.D. FACS AND
PROFESSIONAL ORTHOPAEDIC
ASSOCIATES, P.A. , AS ASSIGNEE AND
DESIGNATED REPRESENTATIVE OF
PATIENT AM AND PATIENT AM,

Civil Action No.: 2:15-cv-4525-JLL-JAD

Plaintiff(s)

**FIRST AMENDED COMPLAINT**

vs.

HORIZON BLUE CROSS BLUE SHIELD
OF NEW JERSEY

Defendant

THE **BEINHAKER** LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

Plaintiffs, Jason D. Cohen, MD, FACS (hereinafter referred to as "Cohen") and Professional Orthopaedic Associates, PA (hereinafter referred to as "POA"), on their own behalf and as assignee and a designated authorized representative of Patient AM and Patient AM, hereby complain against Horizon Blue Cross Blue Shield of New Jersey (hereinafter referred to as "Horizon" or "Defendant") as follows:

## PARTIES

1.     Plaintiff Cohen is a board certified orthopedic surgeon with an office address at 776 Shrewsbury Avenue, Tinton Falls, New Jersey 07724. Dr. Cohen is a shareholder of and/or owns and/or operates POA.

2.     Plaintiff POA is a professional medical association with office located in Tinton Falls, Toms River and Freehold, New Jersey.

3.     Patient AM is a citizen of the State of New Jersey with a residence in Fort Monmouth, New Jersey.

4.     Plaintiff AM is and was a patient of Dr. Cohen and POA.

5.      Horizon is the Plan Administrator for Plaintiff AM's health insurance plan with corporate offices located at 3 Penn Plaza East, Newark, New Jersey 07105.

## JURISDICTION

6.      At all times hereinafter mentioned and upon information and belief, Defendant is located in and transacts business within the State of New Jersey to supply services.

7.      At all times mentioned hereinafter and upon information and belief, Defendant regularly does or solicits business, or engages in a course of conduct, or derives revenue from services rendered in the State of New Jersey.

## NATURE OF THE ACTION

8.      The Plaintiffs assert claims under N.J.A.C. 11:25-5.3 and the New Jersey Healthcare Information and Technologies Act. Cohen and POA are providers of medical services.

9.      Upon information and belief, Horizon is the plan administrator for Plaintiff Patient A.M.'s employer-provided health plan.

10.      Upon information and belief, Horizon is required to pay for emergency medical care as perscribed under N.J.A.C. 11:25-5.3 and the New Jersey Healthcare Information and Technologies Act.

11.      Upon information and belief, Horizon has breached both N.J.A.C. 11:25-5.3 and the New Jersey Healthcare Information and Technologies Act, either intentionally or recklessly, by using flawed or inadequate date and other information for emergency medical care.

12.      As such, Horizon's actions are unsupported by substantial evidence, erroneous as a matter of law, not made in good faith, arbitrary and capricious, and in violation of both N.J.A.C. 11:25-5.3 and the New Jersey Healthcare Information and Technologies Act.

13.      With regard to all out-of-network medical services, POA and Cohen require all patients to sign documents whereby the patient agrees to be personally responsible for all medical charges. As part of these documents, POA and Cohen obtain an Authorization of Designated

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

Representative (hereinafter referred to as a "DAR") and an Assignment of Benefits/Appointment of Attorneys (hereinafter referred to as an "AOB"), which grant standing to Cohen and POA to sue Horizon for payment of its medical bills for the Services in this lawsuit. A true copy of the AOB and DAR executed by Patient A.M. are attached hereto as Exhibit A and Exhibit B, respectively.

14.    Cohen and POA do not waive any deductible or co-payment by acceptance of the assignment.

15.    Specifically, in this case, Patient AM signed the AOB on July 3, 2014 (attached hereto and made a part hereof as Plaintiffs' Exhibit "A.")

16.    The AOB states in relevant part:

   a.    "I hereby assign all rights and benefits due me from my insurance carrier to Professional Orthopaedic Associates ("POA") and authorize and empower POA to appeal a determination by a carrier to deny, reduce or terminate my benefits including, but not limited to, the filing of a lawsuit or fee arbitration. Furthermore, I authorize and direct my insurance carrier to pay the proceeds of any benefits due me directly to POA."

   b.    "I acknowledge and understand that I am responsible for all of the charges for all of the services rendered to me or any member of my family. Although I have requested the doctor to bill my insurance company on my behalf, I clearly understand that it is still my responsibility to make sure the bill is paid within a reasonable time. If for any reason any portion of the bill is not paid by my insurance carrier, I further agree to make arrangements for prompt payment of the bill."

   c.    "I agree that should I receive direct payment from my insurance carrier for services rendered to me, I will promptly sign over the check to the physician's office. I understand that should I not turn over the proceeds, an

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

action for collection may be filed against me in which I agree to be responsible for payment of any court costs and attorney fees involved in efforts to collect the entire fee billed by the doctor, not just what has been paid to me by my insurance carrier."

d. "In the event that the doctor elects to bring a lawsuit or petition for arbitration against the insurance carrier, I assign my rights, title and interest under any section of any insurance policy under which I am entitled to proceed for benefits. This assignment shall allow an attorney of their choosing to bring suit or submit to arbitration their claim for any unpaid bills for treatment rendered. My provider and POA may designate such attorney beginning thirty-one (31) days after any bill for services rendered becomes due. I agree to fully cooperate with them in the collection of any benefits from the insurance carrier including full cooperation with the chosen attorney."

e. "In the event this assignment is held invalid for any reason, I hereby authorize POA to appoint an attorney of its choice to represent me directly against an insurer from which I may collect any & all benefits and to bring a claim in a forum of the attorney's choice. This appointment is intended to enable the attorney to collect the bills of POA and this appointment does not authorize the selected attorney to represent me in any third-party action. Further, this appointment will not conflict with any other attorney who currently represents me."

f. "By consenting to having a law firm of POA's choosing represent me, I understand that in such lawsuits my confidentiality may not be protected and personal information may be revealed. I authorize my provider and

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

POA to release any and all information concerning my injury or illness and its treatment to the attorney designated by the assignee or third person that are involved in the action to collect benefits."

17.    The DAR signed by Patient AM on July 3, 2014 states that Patient AM authorizes "Professional Orthopaedic Associates, as my designated representative to appeal to my insurance company, Horizon BS of NJ, on my behalf in the determination of services rendered by Jason Cohen, and as part of the appeal, I hereby authorize Horizon BS of NJ to disclose and furnish to my designated representative, Professional Orthopaedic Associates, the following information: **All financial information contained in my insurance file. I understand this information is privileged and confidential.**" A copy of the DAR is annexed hereto and made a part hereof as Plaintiffs' Exhibit "B." (Emphasis in original).

## FACTS APPLICABLE TO ALL COUNTS

18.    On or about July 18, 2014, Cohen and POA sought payment from Horizon by way of filing a claim for emergency surgery and procedures (hereinafter referred to as "Services") performed by Cohen on July 4, in the amount of $169,390.00 for his Services rendered to Patient AM.

19.    POA and Cohen are non-participating providers of the Services, in that they did not have a contract with Horizon to accept agreed upon rates for the Services provided to Patient AM.

20.    On or about July 4, 2014, Cohen performed emergency spinal surgery on Patient AM on July 4, 2014 (hereinafter referred to as the "Services").

21.    The Services provided to Patient AM were emergency "out of network" Services.

22.    All of the Services provided to the Patient AM were medically necessary and appropriate according to recognized medical standards in the community where Cohen practices medicine.

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

23.     All of the Services provided to Patient AM were performed in the emergency room ("ER") of Monmouth Medical Center located at 300 Second Avenue, Long Branch, New Jersey 07740 where Cohen enjoys privileges.

24.     On or about July 18, 2014, Dr. Cohen submitted a claim to Horizon in the amount of $169,390.00 for his Services rendered to Patient AM.

25.     Horizon assigned the claim number 26141902133704 for the claim submitted by Cohen for the Services rendered to Patient AM.

26.     On or about August 6, 2014, sent an Explanation of Benefits ("EOB") to claim showing a payment of $-0-.

27.     Horizon received the claim of POA and Dr. Cohen for the Services rendered to Patient AM. A true copy of the Correspondence Audit Report is attached hereto and made part hereof as Exhibit "C".

28.     Per the Correspondence Audit Report, Horizon had frequent contact with POA and Dr. Cohen from July 21, 2014 through March 31, 2015 regarding the processing and denial of the claim for shifting reasons. Horizon had such contact with POA and/or Dr. Cohen on July 21, 22, 28, 2014, August 13, 20 and 21, 2014, September 25, 2014, October 13, 27 and 29, 2014, November 12 and 17, 2014, December 2, 2014, January 7 and 30, 2015, February 26, 2015 and March 31, 2015.

29.     At no time during the telephonic or written correspondence from Horizon to POA and/or Dr. Cohen did Horizon ever indicate that there was an anti-assignment clause or that Horizon would refuse to speak to POA and/or Dr. Cohen and had to deal with Patient AM directly.

30.     No payment has been received by Plaintiffs for the Emergency Services rendered by POA and Dr. Cohen to Patient AM within thirty (30) days of submission of the claim, or at any time thereafter.

31.     On or about November 24, 2014, POA and Dr. Cohen filed an appeal as "the designated representative" of Patient AM. A true copy of the November 24, 2014 is attached hereto

THE **BEINHAKER** LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

and made part hereof as Exhibit "D". Attached to the appeal was the DAR, the EOB of Patient AM, the operative report and redacted EOBS of other patients whose claims were processed at higher rates than the non-payment received for this claim.

32.     By letter dated December 22, 2014 to Dr. Cohen, Horizon denied the appeal. A true copy of the December 22, 2014 letter from Horizon to Dr. Cohen is attached hereto and made part hereof as Exhibit "E".

33.     The December 22, 2014 letter from Horizon is not addressed to Patient AM and there is no mention of any anti-assignment clause.

34.     On or about February 26, 2015, POA and Dr. Cohen submitted a second appeal (hereinafter referred to as the "Second Appeal"). A true copy of the February 26, 2015 letter from POA and Dr. Cohen is attached hereto and made part hereof as Exhibit "F".

35.     The Second Appeal specifically states on page 3 that should the plan "**contain an unambiguous anti-assignment clause prohibiting assignment of rights, benefits and causes of action in the SPD, the plan administrator is required to timely notify or disclose to the assignee of such prohibition by disclosing such SPD."** (Emphasis added).

36.     By letter dated March 22, 2015 to Dr. Cohen, Horizon denied the Second Appeal and failed to disclose or mention any anti-assignment clause. A true copy of the March 22, 2015 letter from Horizon to Dr. Cohen is attached hereto and made part hereof as Exhibit "G".

37.     Cohen and POA on their own behalf and on behalf of Patient AM have appealed the claim and their appeals were fruitless.

38.     Plaintiffs were improperly not paid $169,390.00.

39.     This $169,390.00 has not been received for such emergency Services within thirty (30) days of submission of the claim, or at any time thereafter.

40.     Plaintiffs have satisfied the prerequisite to the commencement of this action.

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

41.     Plaintiffs have demanded payment on the claim asserted by them for Cohen's Services.

42.     Defendant, individually and jointly, have failed and refused to make payment of the outstanding balance of $$169,390.00 which remains unpaid and was denied without valid basis.

### FIRST COUNT
### (Violation of N.J.A.C. 11:24-5.3)

43.     Plaintiffs repeat and reallege the allegations of previous paragraphs of the Complaint as if set out at length herein.

44.     Patient AM is a beneficiary under a health insurance policy administered by Horizon.

45.     Dr. Cohen and POA are the assignee of benefits and the designated representatives of Patient AM and are authorized to prosecute this action.

46.     Plaintiffs filed a claim with Defendant in the amount of $169,390.00 for emergency Services performed on Patient AM.

47.     Defendant paid $0.00 on that claim.

48.     Plaintiffs are still owed $169,390.00 for the Services.

49.     Defendant has improperly paid that claim in violation of New Jersey Administrative Code 11:24-5.3.

50.     N.J.A.C. 11:24-5.3, promulgated by the New Jersey Department of Banking and Insurance, requires a carrier to limit a member's liability for emergency care rendered by non-participating providers, including ambulances, to the patient's co-pay, deductible or co-insurance.

51.     Public policy in New Jersey dictates that, since the ER patient does not have the opportunity to choose their treating physician, she should not have to incur costs if the doctor on call does not participate in their insurance network.

52.     This state mandate overrides and supersedes any limitations contained in a patient's plan document.

THE **BEINHAKER LAW FIRM**, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

53.     As a consequence of Defendant's failure to pay, Patient AM has been damaged since she now owes Dr. Cohen and POA for Services which should have been covered by Defendant.

54.     POA and Dr. Cohen are damaged because they should have been paid for the emergency Services rendered to Patient AM which should have been covered by Defendant.

WHEREFORE, Plaintiffs seek damages against Defendant in the amount of $169,390.00, plus attorney's fees, interest, costs of Court and such other and further relief as is just under the circumstances.

**SECOND COUNT**
**(Unjust Enrichment)**

55.     Plaintiffs repeat and realleges the allegations of previous paragraphs of the Complaint as if set out at length herein.

56.     Patient AM received benefits from Dr. Cohen and POA with the full expectation that Defendant would pay for the Services rendered by Cohen and POA on an emergency basis.

57.     Defendant has received the benefit of having its insured receive Services from Cohen and POA without paying for the Services that it is required to pay for.

58.     Failure of Defendant to not pay for the Services rendered to Patient AM by Dr. Cohen and POA would be unjust.

59.     Plaintiffs expected the Services to be paid from Defendant at the time Patient AM received and POA and Dr. Cohen performed the Services.

60.     Patient AM received and Dr. Cohen and POA provided its medical services in good faith with full expectation of compensation, which Defendant and Patient AM, its insured, accepted.

61.     Plaintiffs are still owed $169,390.00 for the Services performed by Dr. Cohen and POA.

62.     Defendant has improperly withheld payment and has been unjustly enriched thereby.

THE **BEINHAKER** LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

WHEREFORE, Plaintiffs seek damages against Defendant in the amount of $169,390.00, plus attorney's fees, interest, costs of Court and such other and further relief as is just under the circumstances.

### THIRD COUNT
### (Violation of the New Jersey Healthcare Information and Technologies Act ("HINT"))

63.    Plaintiffs repeat and reallege the allegations of previous paragraphs of the Complaint as if set out at length herein.

64.    HINT requires that a health insurer, such as the Defendant, shall remit payment for every insured claim no later than the 30th calendar day following receipt of the claim.

65.    Patient AM was eligible to receive emergency medical treatment from Dr. Cohen and POA under Patient AM's insurance policy with Defendant.

66.    Patient AM was an insured and covered by the insurance policy in place at the time the Services were rendered.

67.    The claim for payment is for medical services covered by the insurance policy held by Patient AM from Defendant.

68.    Plaintiffs submitted their claims timely with the information required of them.

69.    Defendant failed to remit any payment for such emergency surgical procedure within 30 days of submission of the claim.

70.    The amount of $169,390.00 is overdue.

71.    Under HINT, Defendant is required to make payment of $169,390.00  plus interest at 12% per annum

72.    As a consequence of Defendant's failure to pay, Plaintiffs have been damaged.

WHEREFORE, Plaintiffs seek damages against Defendant in the amount of $169,390.00, plus attorney's fees, interest at 12% per annum, costs of Court and such other and further relief as is just under the circumstances.

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – FAX: 908.233.4546

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NEW JERSEY 07041
(908) 272-2232
ATTORNEY FOR THE PLAINTIFFS

By:_____
    Jonathan S. Goodgold

Dated: December 4, 2015

THE BEINHAKER LAW FIRM, LLC
33 BLEEKER STREET, SUITE 210
MILLBURN, NJ 07041
908.272.2232 – Fax: 908.233.4546

# EXHIBIT A

## ASSIGNMENT OF BENEFITS/APPOINTMENT OF ATTORNEYS

I hereby assign all rights and benefits due me from my insurance carrier to Professional Orthopaedic Associates ("POA") and authorize and empower POA to appeal a determination by a carrier to deny, reduce or terminate my benefits including, but not limited to, the filing of a lawsuit or fee arbitration. Furthermore, I authorize and direct my insurance carrier to pay the proceeds of any benefits due me directly to POA. A copy of this can be considered as an original for insurance purposes. *(initials)*

I acknowledge and understand that I am responsible for all of the charges for all of the services rendered to me or any member of my family. Although I have requested the doctor to bill my insurance company on my behalf, I clearly understand that it is still my responsibility to make sure the bill is paid within a reasonable amount of time. If for any reason any portion of the bill is not paid by my insurance carrier, I further agree to make arrangements for prompt payment of the bill. *(initials)*

I agree that should I receive direct payment from my insurance carrier for services rendered to me, I will promptly sign over the check to the physician's office I understand that should I not turn over the proceeds, an action for collection may be filed against me in which I agree to be responsible for payment of any court costs and attorney fees involved in efforts to collect the entire fee billed by the doctor, not just what has been paid to me by my insurance carrier. *(initials)*

I agree that if POA treats me for any problem that is involved in litigation or involves a claim for personal injuries, I will immediately notify the Billing Department for my POA provider. At the time any settlement funds are disbursed or received, I promise to pay any and all of my provider's and POA's bills. *(initials)*

I understand that my provider and POA may each bill for services rendered independently. I authorize this office to submit their bills to any insurance company with which I (or my spouse) have an insurance policy or any company against which I may proceed for medical expense benefits. *(initials)*

In the event that the doctor elects to bring a lawsuit or petition for arbitration against the insurance carrier, I assign my rights, title and interest under any section of any insurance policy under which I am entitled to proceed for benefits. This assignment shall allow an attorney of their choosing to bring suit or submit to arbitration their claim for any unpaid bills for treatment rendered. My provider and POA may designate such attorney beginning thirty-one (31) days after any bill for services rendered becomes due. I agree to fully cooperate with them in the collection of any benefits from the insurance carrier including full cooperation with the chosen attorney. *(initials)*

In the event this assignment is held invalid for any reason, I hereby authorize POA to appoint an attorney of its choice to represent me directly against an insurer from which I may collect any & all benefits and to bring a claim in a forum of the attorney's choice. This appointment is intended to enable the attorney to collect the bills of POA and this appointment does not authorize the selected attorney to represent me in any third-party action. Further, this appointment will not conflict with any other attorney who currently represents me. *(initials)*

By consenting to having a law firm of POA's choosing represent me, I understand that in such lawsuits my confidentiality may not be protected and personal information may be revealed. I authorize my provider and POA to release any and all information concerning my injury or illness and its treatment to the attorney designated by the assignee or third person that are involved in the action to collect benefits. *(initials)*

I have read, understand and agree to the above. *(initials)*

_____
Patient Name – please print

_____
Patient's Signature or Signature of Parent/Legal Guardian

7/3/14
Date

REV 4 – 02/03/2014

# EXHIBIT B

# PROFESSIONAL ORTHOPAEDIC ASSOCIATES

## Authorization of Designated Representative to Appeal a Determination

Date: 7/13/14

Patient name: Abau Merns

Insured ID #: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

I hereby authorize <u>Professional Orthopaedic Associates</u>, as my designated representative, to appeal to my insurance company, Horizon BS of NJ _____, on my behalf, in the

(please print name of insurance company here)

determination of services rendered by Jason Cohen, and, as part of the appeal, I hereby

(doctor you are seeing today)

authorize Horizon BS of NJ _____ to disclose and furnish to my

(please print name of insurance company here)

designated representative, Professional Orthopaedic Associates, the following information:

**All medical and financial information contained in my insurance file.  I understand this information is privileged and confidential.**

Patient Name: Abau Merns

(please print)

Legal Guardian's name: _____

(please print)

Signature of Patient or Legal Guardian: _____      Date: 7/5/14

Signature of Professional Orthopaedic Associates Representative

REV 4 – 02/03/2014

# EXHIBIT C

# Correspondence Audit Report

| Date Created | Visit Date / Time | Notes | Provider | Ticket Number | Created By |
|---|---|---|---|---|---|
| 03/31/2015  10:15 AM | 07/04/2014  10:54 AM | 2nd APPEAL DENIED | Cohen MD, Jason D | 224826 | sroth |
| 02/26/2015  9:18 AM | 07/04/2014  10:54 AM | SENT 2ND APPEAL | Cohen MD, Jason D | 224826 | sroth |
| 01/30/2015  1:39 PM | 01/16/2015  9:15 AM | Per Navinet, clm denied on 1.19.15 for no oon benefits | Cohen MD, Jason D | 242737 | lvelling |
| 01/07/2015  10:38 AM | 07/04/2014  10:54 AM | 1/2/15 APPEAL DENIED | Cohen MD, Jason D | 224826 | sroth |
| 12/02/2014  8:40 AM | 07/04/2014  10:54 AM | SENT APPEAL FOR LOW REIMBURSEMENT | Cohen MD, Jason D | 224826 | sroth |
| 11/17/2014  9:05 AM | 07/04/2014  10:54 AM | PT C/B. HER BENEFITS STATE IN NETWORK RATES FOR EMERGENCY SERVICES. | Cohen MD, Jason D | 224826 | sroth |
| 11/12/2014  10:21 AM | 07/04/2014  10:54 AM | LM ON PT'S C# FOR COPY OF SPD. BS PAYING IN NETWORK RATES ON THIS EMERGENCY SX. | Cohen MD, Jason D | 224826 | sroth |
| 10/29/2014  11:36 AM | 07/04/2014  10:54 AM | MMC FINALLY PAID ON 10/16. AS PER RHEA AT BS CLAIM WILL BE REPROCESSED UNDER REF #1-4133746117-U. AUTH # FOR SX 40481009. | Cohen MD, Jason D | 224826 | sroth |
| 10/29/2014  10:00 AM | 07/04/2014  10:54 AM | LM FOR JUDY POLICARI 732-923-7224 | Cohen MD, Jason D | 224826 | sroth |
| 10/27/2014  7:49 AM | 10/09/2014  8:59 AM | Per Navinet, clm denied for no oon benefits on 10.13.14 | Cohen MD, Jason D | 233937 | lvelling |
| 10/13/2014  10:17 AM | 07/04/2014  10:54 AM | Per Navinet, clm denied again on 10.10.14 for no auth. | Cohen MD, Jason D | 224826 | lvelling |
| 09/25/2014  8:42 AM | 08/21/2014  9:15 AM | Per Navinet, clm was denied on 9/20/14 for no oon benefits. | Cohen MD, Jason D | 228940 | lvelling |
| 09/25/2014  8:41 AM | 07/04/2014  10:54 AM | Per Navinet, clm is still pending | Cohen MD, Jason D | 224826 | lvelling |
| 08/21/2014  2:23 PM | 07/04/2014  10:54 AM | Per Navinet, clm #261411902133702 is processing w/poss pmt of $165,835.07 as of 8.13.14 | Cohen MD, Jason D | 224826 | lvelling |
| 08/20/2014  3:26 PM | 07/04/2014  10:54 AM | ACCORDING TO BS MMC WAS NOT PAID & WE CANT BE PAID BEFORE THEM. SPOKE TO JUDY POLICARI FROM MMC 732-923-7224. SHE WILL SEE WHAT THE STATUS IS OF APPEALING THEIR DENIAL WHICH WAS FOR SERVICES AS IN PATIENT NOT WARRANTED. OURS IS FOR NO AUTH. | Cohen MD, Jason D | 224826 | sroth |
| 08/13/2014  1:41 PM | 07/04/2014  10:54 AM | CLAIM WILL BE SENT BACK AS EMERGENT SERVICES. MMC PAID. REF #1-4038264202-U | Cohen MD, Jason D | 224826 | sroth |
| 07/28/2014  11:41 AM | 07/17/2014  9:00 AM | Per Navinet, clm is still pending | Cohen MD, Jason D | 225620 | lvelling |
| 07/22/2014  8:24 AM | 07/17/2014  9:00 AM | Per Navinet, clm# 27141996722700 was rec'd on 7.18.14 & is pending w/poss pmt of $219 | Cohen MD, Jason D | 225620 | lvelling |
| 07/21/2014  8:10 AM | 07/04/2014  10:54 AM | Per Navinet, clm denied on 7/9/14 stating that auth was denied.  Gave to SR | Cohen MD, Jason D | 224826 | lvelling |

**Total Report Entries :  19**

# EXHIBIT D



**PROFESSIONAL SPINE**
**AND**
**SCOLIOSIS CENTER**
AT
**PROFESSIONAL**
**ORTHOPAEDIC**
**ASSOCIATES**

## Jason D. Cohen, MD, FACS
Board Certified
Fellowship Trained
Orthopaedic Spinal Surgeon

Diplomate
American Board of Spine Surgery

Scoliosis
Spinal Surgery
Neck Surgery
Spinal Deformity
Herniated Discs
Spinal Stenosis
Spinal Tumors and Fractures
Spinal Reconstructive Fusions

**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 540 4949
www.professionalortho.com

---

*November 24, 2014*

*Horizon BS of NJ*
*PO Box 10129*
*Newark, NJ 07101*
*ATT: MEMBER APPEALS DEPT*

*Re:        Abir Marcus*
*ID #:      ▇▇▇▇▇▇▇▇*
*DOS:      7/4/14*
*CLAIM #: 261419021337 04*

*To Whom It May Concern:*

*I am appealing this claim as the designated authorized representative for the above-mentioned patient to dispute the processing of the above claim. Please see attached authorized form signed by patient allowing us to appeal on her behalf.*

*We are in receipt of the EOB regarding the processing of the above referenced claim. It is our understanding that benefits were processed according to what you feel is a usual and customary reimbursement for this surgery. .*

*Please be advised that Ms. Marcus underwent emergency surgery on 7/4/14 due to severe neck pain with left arm paresthesias and weakness for intractable neck pain due to C4-C5 and C5-C6 left herniated nucleus pulposus degenerative disk disease and spondylosis. .*

*I have attached other Horizon Blue Shield of NJ subscribers, whose similar surgeries with most of*



**PROFESSIONAL SPINE**
**AND**
**SCOLIOSIS CENTER**
AT
**PROFESSIONAL**
**ORTHOPAEDIC**
**ASSOCIATES**

**Jason D. Cohen, MD, FACS**
Board Certified
Fellowship Trained
Orthopaedic Spinal Surgeon

Diplomate
American Board of Spine Surgery

Scoliosis
Spinal Surgery
Neck Surgery
Spinal Deformity
Herniated Discs
Spinal Stenosis
Spinal Tumors and Fractures
Spinal Reconstructive Fusions

**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 530-4949
www.professionalortho.com

the same codes as Ms. Marcus were paid
substantially higher.

Based on this emergent surgery for Ms. Marcus
this claim needs to be reviewed for additional
payment and processed as an emergency surgery.

Based on this information, we request that the
adjustments be reversed and additional payment be
made.

If your company does not release additional
benefits, please submit the applicable policy
language, which justifies the determination so that
we may determine your company's liability in the
event this needs to go to our corporate attorney for
arbitration.

We appreciate your prompt attention to this
matter. If you need to contact me please call me at
(732) 530-4949 x125

Sincerely,

Sheree Roth

# PROFESSIONAL ORTHOPAEDIC ASSOCIATES

### Authorization of Designated Representative to Appeal a Determination

Date: _7/13/14_

Patient name: _Alan Merns_

Insured ID #: ███████████

I hereby authorize Professional Orthopaedic Associates, as my designated representative, to appeal to my

insurance company, _Horizon BS of NJ_ , on my behalf, in the

(please print name of insurance company here)

determination of services rendered by _Jason Cohen_ , and, as part of the appeal, I hereby

(doctor you are seeing today)

authorize _Horizon BS of NJ_ to disclose and furnish to my

(please print name of insurance company here)

designated representative, Professional Orthopaedic Associates, the following information:

**All medical and financial information contained in my insurance file. I understand this information is**

**privileged and confidential.**

Patient Name: _Alan Merns_

(please print)

Legal Guardian's name: _____

(please print)

Signature of Patient or Legal Guardian: _____ Date: _7/5/14_

Signature of Professional Orthopaedic Associates Representative

Page 8 of 31                                                          REV 4 – 02/03/2014

www.horizonblue.com

Date: 11/05/2014
PAGE   3 OF   5

Check No:    66902547
Payee ID    0666673430
NPI Code    1417934449

| DOS | WK | POS | TDS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|-----|-----|-----|-----|-----|------|-----|--------|-------------|------|---------|--------|-------|------------|-----------|------|-----------|------|

ADVANTAGE EPO NSA

| DOS | WK | POS | TDS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|-----|-----|-----|-----|-----|------|-----|--------|-------------|------|---------|--------|-------|------------|-----------|------|-----------|------|
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 67,204.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 67,204.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 22845-ET | | 35,000.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 35,000.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 22,878.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 22,878.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 22,878.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 22,878.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 22552-ET | | 19,255.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 19,255.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 20936-ET | | 2,175.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 2,175.00- | | 0.00 | 0.00 |
| | | | CLAIM TOTAL: | | | | 169,390.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 169390.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 67,204.00 | 0.00 | | 1,930.65 | 0.00 | 0.00 | 0.00 | 65,273.35 | | 0.00 | 1,930.65 |
| 7/04/14 | 21 | 2 | 1 | | 22845-ET | | 35,000.00 | 0.00 | | 826.64 | 0.00 | 0.00 | 0.00 | 34,173.36 | | 0.00 | 826.64 |
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 22,878.00 | 0.00 | | 458.79 | 0.00 | 0.00 | 0.00 | 22,419.21 | | 0.00 | 458.79 |
| 7/04/14 | 21 | 2 | 1 | | 22551-ET | | 22,878.00 | 0.00 | | 458.79 | 0.00 | 0.00 | 0.00 | 22,419.21 | | 0.00 | 458.79 |
| 7/04/14 | 21 | 2 | 1 | | 22552-ET | | 19,255.00 | 0.00 | | 446.40 | 0.00 | 0.00 | 0.00 | 18,808.60 | | 0.00 | 446.40 |
| 7/04/14 | 21 | 2 | 1 | | 20936-ET | | 2,175.00 | 0.00 | | 143.32 | 0.00 | 0.00 | 0.00 | 2,031.68 | | 0.00 | 143.32 |
| | Z968a | | | | | | | | | | | | | | | | |
| | | | CLAIM TOTAL: | | | | 169,390.00 | 0.00 | | 4,264.59 | 0.00 | 0.00 | 0.00 | 165125.41 | | 0.00 | 4,264.59 |

Z968  PAYMENT OF $049 WAS PREVIOUSLY ISSUED FOR THIS CLAIM. THE PAYMENT SHOULD HAVE BEEN $4264.59. THE PREVIOUS
      PAYMENT HAS BEEN DEDUCTED FROM THE TOTAL PAYMENT REFLECTED FOR THIS CLAIM.

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050   DOB: ▮▮▮▮▮▮

Billing Number: 0885667020

## Operative Report

ADMISSION DATE: 07/04/2014

---

**DATE OF SURGERY:** 07/04/2014

**PREOPERATIVE DIAGNOSIS:** C4-C5 and C5-C6 herniated nucleus pulposus, left arm progressive weakness, degenerative disk disease, and spondylosis.

**POSTOPERATIVE DIAGNOSIS:** C4-C5 and C5-C6 herniated nucleus pulposus, left arm progressive weakness, degenerative disk disease, and spondylosis.

**SURGEON:** Jason D Cohen, MD

**ASSISTANT:** Sue E. McNeil, PA and Douglas Navasartian, MD

**ANESTHESIOLOGIST:** Matthew P Zlotnick, MD

**ANESTHESIA:** General endotracheal anesthesia.

**OPERATION:** Anterior cervical diskectomy for neural decompression C4-C5 and C5-C6; anterior interbody arthrodesis at C4-C5 and C5-C6; anterior spinal instrumentation at C4, C5, and C6; interbody device C4-C5; interbody device C5-C6; local autogenous bone grafting; somatosensory evoked potential monitoring of upper and lower extremities x1 additional hour.

**ESTIMATED BLOOD LOSS:** Minimal.

**FLUIDS:** IV fluids, 1000 mL of crystalloid.

**COMPLICATIONS:** No complications.

**COUNTS:** Sponge, instrument, and needle count correct at the end of the procedure.

SSEP monitoring was stable throughout the surgery. Please refer to separate operative report dictated by Dr. Fox.

**INDICATIONS:** The patient is a 46-year-old female who has had an approximately four-week history of severe neck pain with left arm pain, paresthesias, developed progressive weakness in her left arm. The patient had intractable pain, no longer tolerated her symptoms. She presented to the emergency room of Monmouth Medical

Page 1 of 4

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

Operative Report

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050   DOB: 10/08/1967

Billing Number: 0885687020

ADMISSION DATE: 07/04/2014

Center with progressive weakness in the left upper extremity. She had been treated prior with medication management, exercise, and epidural steroids, none of which afforded her any symptomatic relief. Upon seeing her, she was noted to have weakness in her left deltoid as well as profound weakness in the left biceps. She was in severe pain in the neck and to the left upper extremity. I reviewed the MRI with her, it revealed a left-sided C4-C5 and C5-C6 disk herniation with high-grade spinal stenosis at the C5 and C6 nerve roots. Discussed treatment options such as continued conservative treatment versus surgical intervention. Discussed the risks, benefits, complications, options, and expected outcomes of both treatments. The patient was desirous of surgical treatment. I felt this was the best option for the patient given the progressive weakness that she had and severe intractable pain. Informed consent was obtained.

PROCEDURE: She was taken to the operating room on July 4, 2014. She received 1 g of Ancef antibiotic prophylaxis. General endotracheal anesthesia was initiated. She was placed on the operating table in spine position. Head was placed in a Mayfield head rest, a roll was placed beneath the shoulders, arms were secured to the side, All bony prominences were well padded, 7 pounds of traction were hung from Holter device. Neck was prepped and draped in the usual sterile fashion. Left-sided anterior approach was performed. Transverse incision was made. Skin and subcutaneous tissue were sharply incised. Hemostasis was obtained with electrocautery. Platysma muscles were split in the line of the skin incision. Deep cervical fascia was opened at the point of dissection and was carried medially to the carotid sheath through the pretracheal fascia onto the prevertebral space. Peanut dissector was used to clean up the ventral aspect of the spine. At the C6, carotid tubercle was palpated along the C5-C6 disk space. An 18-gauge spinal needle was inserted in the C5-C6 disk space. Lateral radiograph was obtained to confirm position at C5-C6. This space was marked with electrocautery. C4-C5 space was then marked. Longus colli muscle was elevated off the vertebral bodies from C4-C6. Self-retaining retractors were inserted underneath the longus colli muscle. Cephalad and caudad retractors were inserted for visualization from C4-C6. All soft tissue was removed from the ventral aspect of the spine. The annulus at C4-C5 and C5-C6 was incised with 15-blade in a box fashion. Diskectomy was performed with straight and upbiting pituitary rongeurs. Straight and angled curettes were used to remove the cartilaginous endplates, clean up the uncovertebral joints. Starting at the C5-C6, Cloward interbody spreader was inserted. 3.0 angled Karlin curette was used to attach the posterior bony rim from the posterior longitudinal ligament. 1 and 2 mm Kerrison were used to resect the posterior margin of the C5 and C6, to perform a foraminotomy on the left side. The extruded disk fragment was

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050   DOB: 10/08/1967

Billing Number: 0885667020

## Operative Report

ADMISSION DATE: 07/04/2014

identified and retrieved.  Complete decompression was performed where a nerve hook could freely pass behind the body of C5 and C6 and out both neural foramen with no further compression.  The pia also was resected.  Surgiflo was used for hemostasis.  Attention was then turned to the C4-C5 level in similar fashion.  Cloward spreader was inserted.  1 and 2 mm Kerrisons were used to dissect the posterior bony margins of C4 and C5 and to resect the posterior longitudinal ligament to perform a foraminotomy on the left side.  Nerve root was decompressed.  Disk fragment was retrieved.  Nerve hook could freely pass behind the body of C4 and C5 and out both the neural foramen.  No further compression.  Copious irrigation was performed.  Surgiflo was used for hemostasis.  Trialing for the interbody device was performed.  The device used was a NuVasive Core Contour.  The appropriate size was a 5 standard.  Cutting broaches were used to prepare both interspaces.  A 3-mm Kerrison was used to harvest the anterior and inferior portion of the vertebral body of C5 and C4 for local autogenous bone graft and to have parallel endplate.  The additional bone from the posterior portion of the vertebral body was also used for local autogenous bone graft.  Bone graft was inserted into the interbody devices and they were packed into the C5-C6 and C4-C5 spaces, respectively.  The NuVasive Helix R 38 mm plate was affixed from C4-C6 with two holding pins.  13 mm screws were inserted sequentially in C4, C5, and C6.  Excellent purchase of all screws was obtained.  Lateral radiographs showed excellent position of the instrumentation at C4-C5 and C5-C6.  Locking rings were engaged and torqued to the manufacturer's recommendation.  Holding pins were removed.  Bone wax was used for hemostasis.  Copious irrigation was performed.  There was no significant bleeding.  A Penrose drain was left deep in the ventral aspect of the spine.  The wound was closed by reapproximating the platysma with 2-0 Vicryl and the closing the wound in layers with 2-0 Vicryl and running 3-0 Monocryl subcuticular sutures.  Steri-Strips were applied followed by sterile dressing and an Aspen collar.  The patient was awakened, extubated and taken to recovery room in stable and satisfactory condition.

E- Signed by
Jason D Cohen, MD 07/07/2014 07:36
A

Jason D Cohen, MD

Page 3 of 4

SAMPLE EOB



1107UCDSE0010015402

www.horizonblue.com

Date:   11/07/2013
PAGE    2 OF    2

Check No:   62820729
Payee ID:   ▓▓▓▓▓▓▓▓
NPI Code    1417934449

| DOS | | PATIENT | | | | | SUBSCRIBER | | | SUB ID | | CLAIM NO. | | | PATIENT ACCT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RVK | POS | TOS | QTY/PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |

NATIONAL ACCOUNTS POS - PROVIDER SERVICES: (800)624-4760

  NA-7802813283D2211 00   190705

| 10/07/13 | 22 | 2 | 1 22551 | 58.862.00 | 0.00 | | 26,523.00 | 1.910.40 | 0.00 | 0.00 | 32,249.40 | | 0.00 | 24,612.60 |
| 10/07/13 | 22 | 2 | 1 22848 | 25,558.00 | 0.00 | | 24,178.00 | 0.00 | 0.00 | 0.00 | 1.378.00 | | 0.00 | 24,178.00 |
| 10/07/13 | 22 | 2 | 1 22861 | 17,972.00 | 0.00 | | 12,500.00 | 0.00 | 0.00 | 0.00 | 5,472.00 | | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 22861-59 | 17,972.00 | 0.00 | | 12,500.00 | 0.00 | 0.00 | 0.00 | 5,472.00 | | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 22861-59 | 17,972.00 | 0.00 | | 12,500.00 | 0.00 | 0.00 | 0.00 | 5,472.00 | | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 22861-59 | 17,972.00 | 0.00 | | 12,500.00 | 0.00 | 0.00 | 0.00 | 5,472.00 | | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 22652 | 16,292.00 | 0.00 | | 6,198.00 | 0.00 | 0.00 | 0.00 | 10,094.00 | | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 22552-59 | 16,292.00 | 0.00 | | 6,198.00 | 0.00 | 0.00 | 0.00 | 10,094.00 | | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 22552-59 | 16,292.00 | 0.00 | | 6,198.00 | 0.00 | 0.00 | 0.00 | 10,094.00 | | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 20936 | 2,175.00 | 0.00 | | 1,292.00 | 0.00 | 0.00 | 0.00 | 883.00 | | 0.00 | 1,292.00 |
| Z486a | | | | | | | | | | | | | | | |
| | | | CLAIM TOTAL: | 206,367.00 | 0.00 | | 120,587.00 | 1.910.40 | 0.00 | 0.00 | 86,690.40 | | 0.00 | 118,678.60 |

Z486e  MEMBER COINSURANCE OF $1910.40 WAS APPLIED TO THIS CLAIM

SAMPLE EOB

1002UCDSE0010015891

www.horizonblue.com

Date: 10/02/2013
PAGE   2 OF   2

Check No:      62375655
Payee ID       ▉▉▉▉
NPI Code       1417934449

| COS | NME | PATIENT POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | SUBSCRIBER REAS | ALLOWED | HBV ID CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | CLAIM NO. REAS | OTHER CARR | PATIENT ACCT PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NJ DIRECT - PROVIDER SERVICES: (800)624-1110

NA-780261320744477 00      199773

| 7/12/13 | Z319 | 22 | 7 | 1 | 22551 | | 56 862 00 | 0.00 | | 47,078 42 | 1 443.65 | 0 00 | 0 00 | 0.00 | | 0 00 | 45 634 77 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22845 | | 25,556.00 | 0.00 | | 21 166.30 | 0.00 | 0 00 | 0.00 | 0.00 | | 0 00 | 21,159.30 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22851 | | 17 972 00 | 0.00 | | 13,224.56 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 13 224 56 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22851-59 | | 17,972 00 | 0 00 | | 13,224.56 | 0.00 | 0.00 | 0.80 | 0.00 | | 0.00 | 13 224 56 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22862 | | 16,293.00 | 0.00 | | 13 489.13 | 0.00 | 0.00 | 0 00 | 0.00 | | 0 00 | 13 489 13 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 20936 | | 2,175 00 | 0.00 | | 1,843 40 | 0.00 | 0.00 | 0 00 | 0.00 | | 0.00 | 1,844.40 |
| | Z832 | | | | | | | | | | | | | | | | |
| | Z466a | | | | | | | | | | | | | | | | |
| | | | | | CLAIM TOTAL: | | 136,829.00 | 0.00 | | 110,029.37 | 1,443.65 | 0.00 | 0.00 | 0.00 | | 0.00 108,576.72 | |

Z832  PLEASE NOTE CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED. FOR EXAMPLE IF A SERVICE WAS INCURRED IN 2011 YOU WOULD HAVE
UNTIL MARCH 31 2013 TO FILE A CLAIM

Z466a  MEMBER COINSURANCE OF $1443 65 WAS APPLIED TO THE CLAIM

Z319  YOU ARE A NON-PARTICIPATING PROVIDER  THE CHARGE EXCEEDS THE BARGAIN ALLOWED BY THE MEMBER'S CONTRACT THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN IN THIS FIELD

 NATIONAL ACCOUNTS SERVICED IN MT. LAUREL - PROVIDER SERVICES: (800)624-4756

NA-780261324721472 00      163133

| 8/01/13 | Z319 | | | | 89244 | | 607.88 | 0.00 | | 422 00 | 84 20 | 0 00 | 0 00 | 270.28 | | 0 00 | 337.60 |
| 8/01/13 | Z319 | | | | 72100 | | 223 00 | 0.00 | | 199.80 | 39 00 | 0 00 | 0 00 | 63.80 | | 0.00 | 159 20 |
| | Z466a | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 830.88 | 0.00 | | 621.00 | 124.20 | 0.00 | 0.00 | 334.08 | | 0.00 | 496.80 |

Z466a  MEMBER COINSURANCE OF $124 20 WAS APPLIED TO THE CLAIM

Z319  YOU ARE A NON-PARTICIPATING PROVIDER. THE CHARGE EXCEEDS THE BARGAIN ALLOWED BY THE MEMBER'S CONTRACT THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FIELD

SAMPLE EOB



Date: 3/13/2014
PAGE   3 OF   4

www.horizonblue.com

Check No:  64239783
Payee ID
NPI Code   1417934449

| DOS | NPI | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | COST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY IDHD - PROVIDER SERVICES: (800)624-1110

| 1/06/14 | Z464 | 22 | 2 | 1 | 22551-ET | | 56,952.00 | 0.00 | | 56,952.00 | 2,057.42 | 0.00 | 0.00 | 2,057.42 | | 0.00 | 54,504.5 |
| 1/06/14 | Z464 | 22 | 2 | 1 | 22545-ET | | 25,556.00 | 0.00 | | 25,556.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 25,556.0 |
| 1/06/14 | Z464 | 22 | 2 | 1 | 22551-ET | | 17,972.00 | 0.00 | | 17,972.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 17,972.0 |
| 1/06/14 | Z464 | 22 | 2 | 1 | 20930-ET | | 2,175.00 | 0.00 | | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,175.0 |
| | Z466n | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 102,655.00 | 0.00 | | 102,655.00 | 2,057.42 | 0.00 | 0.00 | 2,057.42 | | 0.00 | 100,607.5 |



SAMPLE COB

0909UCD3E0010015427

www.horizonblue.com

Date: 9/09/2014
PAGE 2 OF 4

Check No: 66272404
Payee ID
NPI Code 1417934449

| DOS | SRK | POS | TOB | QTY/PROC | TXD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTLE | COST LIAB | REAS | OTHER CARR | PAID |
|-----|-----|-----|-----|----------|-----|--------|-------------|------|---------|--------|-------|----------|-----------|------|------------|------|

NJ DIRECT - PROVIDER SERVICES: (800) 834-1110

| 6/09/14 | Z319 | 22 | 2 | 1 22561 | | 67,204.00 | 0.00 | | 65,617.00 | 0.00 | 0.00 | 0.00 | 11,587.00 | | 0.00 | 55,617.00 |
| 6/09/14 | UT15a | 22 | 2 | 1 22530-51 | | 66,408.00 | 0.00 | | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6/09/14 | Z319 | 22 | 2 | 1 22845 | | 39,204.00 | 0.00 | | 26,000.00 | 0.00 | 0.00 | 0.00 | 5,204.00 | | 0.00 | 25,000.00 |
| 6/09/14 | Z319 | 22 | 2 | 1 22551 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 878.00 | | 0.00 | 18,000.00 |
| 6/09/14 | | 22 | 2 | 1 20636 | | 2,175.00 | 0.00 | | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,175.00 |
| | Z632 | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | 178,988.00 | 0.00 | | 112,892.00 | 0.00 | 0.00 | 0.00 | 17,769.00 | | 0.00 | 100,692.00 |

Z650 PLEASE NOTE, CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED. FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2014, YOU WOULD HAVE
UNTIL MARCH 31, 2046 TO FILE A CLAIM.

Y755 HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
RESPECT TO CLAIMS.

Z319 YOU ARE A NON-PARTICIPATING PROVIDER. THE CHARGES EXCEED THE AMOUNT ALLOWED BY THE MEMBER'S CONTRACT. THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THE FORM.

UT15a THIS SERVICE IS NOT PAID SEPARATELY. THIS SERVICE IS INCIDENTAL TO A PROCEDURE THAT HAS ALREADY BEEN PROCESSED
FOR THIS DATE OF SERVICE UNDER CLAIM NUMBER 0909UC001015425-04

SAMPLE EOB

0710UDD3ED001001R578

Date: 7/10/2014
PAGE   2 OF   2

www.horizonblue.com

Check No:   65609585
Payee ID   ███████████
NPI Code   1417934449

| DOS | SVC | POS | TOS | QTY PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CLNT LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SAMPLE EOB**

NJ DIRECT - PROVIDER SERVICES:  (800)624-1110

| DOS | SVC | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CLNT LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/06/14 | Z319 | 22 | 2 | 1 | 22551 | | 67,204.00 | 0.00 | | 49,966.30 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 49,966.30 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22845 | | 30,204.00 | 0.00 | | 22,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 22,600.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22851 | | 18,878.00 | 0.00 | | 16,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 16,200.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 20936 | | 2,176.00 | 0.00 | | 1,957.50 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 1,957.50 |
| | 2632 | | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 118,461.00 | 0.00 | | 90,822.80 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 90,822.80 |

2632   PLEASE NOTE CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED.  FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
UNTIL MARCH 31, 2013 TO FILE A CLAIM.
Y755   HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
RESPECT TO CLAIMS.
2310   YOU ARE A NON-PARTICIPATING PROVIDER.  THE CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT.  THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM.

| DOS | SVC | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CLNT LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/06/14 | Z319 | 22 | 2 | 1 | 22551 | | 67,204.00 | 0.00 | | 55,817.00 | 0.00 | 0.00 | 0.00 | 11,887.00 | | 0.00 | 55,817.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22846 | | 30,204.00 | 0.00 | | 30,000.00 | 0.00 | 0.00 | 0.00 | 204.00 | | 0.00 | 30,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22851 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22851-59 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22851-59 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22851-59 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | | 22 | 2 | 1 | 22852 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 22852-59 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 22852-59 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 20936 | | 2,176.00 | 0.00 | | 2,176.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,176.00 |
| | 2632 | | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 236,060.00 | 0.00 | | 217,457.00 | 0.00 | 0.00 | 0.00 | 19,403.00 | | 0.00 | 217,457.00 |

2632   PLEASE NOTE CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED.  FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
UNTIL MARCH 31, 2013 TO FILE A CLAIM.
Y755   HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
RESPECT TO CLAIMS.
2310   YOU ARE A NON-PARTICIPATING PROVIDER.  THE CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT.  THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM.



# EXHIBIT E

 

**Horizon**

Horizon Blue Cross Blue Shield of New Jersey

Three Penn Plaza
Newark, NJ 07105-2200
www.HorizonBlue.com

December 22, 2014

29

JASON D COHEN MD
776 SHREWSBURY AVENUE SUITE 201
TINTON FALLS, NJ 07724

RE:    Patient Name:              Marcus, Abir
       Member ID Number:
       Reference Number:          1-624335221873
       Date(s) of Service:        07/04/2014
       Claim Number:              26141902133704
       Patient Account Number:

Dear Health Care Professional:

Horizon Blue Cross Blue Shield of New Jersey acknowledges receipt of your written inquiry on
December 01, 2014.

The request to reconsider the claim has been reviewed carefully according to the member's benefits and Horizon
BCBSNJ's payment methodology. We regret that we are unable to make additional payment on the above claim.
Please be advised that the claim was processed and paid according to the member's contract. Our records indicate
that you were not participating with Horizon Blue Cross and Blue Shield of New Jersey on the date the service was
rendered.

We value your partnership and your concerns are very important to us. Should you have further questions, please
feel free to contact us at one of the numbers below:

• Physician/Healthcare Professional at 1-800-624-1110
• BlueCard Dedicated Unit at 1-888-435-4383
• Institutional/Facility at 1-888-666-2535

Did you know by accessing Horizon's website www.horizonblue.com or by using our automated Interactive Voice Response (IVR) system
which is available 24/7 for your convenience, you can save time and minimize the need to contact us via a telephone call? These online services
make it easy for you to access the important information you need to manage your patients such as *Claim Status*; *Eligibility/Benefits*; *Referral
Submission*; and *other pertinent information*. Registration for the website is easy. If you encounter problems during registration, you can
contact our eBusiness Helpdesk (Monday – Friday from 8:00 a.m. to 5:00 p.m. EST) at 1-888-777-5075.

Information on your appeal rights is available at <https://services5.horizon-bcbsnj.com/sprise/main/horizon/tnj/ttweb/appeals.html>

Sincerely,

*Monica Saldanha*

Monica Saldanha
Service Request Correspondence
Provider Services Department

# EXHIBIT F



## PROFESSIONAL ORTHOPAEDIC ASSOCIATES
### EXPERIENCE. EXCELLENCE.

Harry A. Bade, III, MD, FACS

Christopher D. Johnson, MD, FACS

Brian M. Torpey, MD, FACS

Gregg R. Foos, MD, FACS

David R. Gentile, MD, FACS

Jason D. Cohen, MD, FACS

Glenn G. Gabisan, MD, FACS

Mark W. Gesell, MD, FACS

Barry L. Swick, MD

**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 530 4949
www.professionalortho.com

*February 26, 2015*

*Horizon BS of NJ*
*PO Box 10129*
*Newark, NJ 07101*
*ATT: 2nd LEVEL MEMBER APPEALS DEPT*

*Re:        Abir Marcus*
*ID #:*
*DOS:       7/4/14*
*CLAIM #:  261419021337 04*

*To Whom It May Concern:*

*I am sending in this 2nd appeal on this claim as the designated authorized representative for the above-mentioned patient to dispute the processing of the above claim. Please see attached authorized form signed by patient allowing us to appeal on her behalf.*

*Your response to my 1st appeal is both insufficient and brief. I asked specific items be explained in detail and your response was a generic response stating "The claim was processed and paid according to the members contract.*

*Please be advised that Ms. Marcus underwent emergency surgery on 7/4/14 due to severe neck pain with left arm paresthesias and weakness for intractable neck pain due to C4-C5 and C5-C6 left herniated nucleus pulposus degenerative disk disease and spondylosis. .*

*I have attached other Horizon Blue Shield of NJ subscribers, whose similar surgeries with most of*



## PROFESSIONAL
## ORTHOPAEDIC
## ASSOCIATES
EXPERIENCE. EXCELLENCE.

Harry A. Bade, III, MD, FACS

Christopher D. Johnson, MD, FACS

Brian M. Torpey, MD, FACS

Gregg R. Foos, MD, FACS

David R. Gentile, MD, FACS

Jason D. Cohen, MD, FACS

Glenn G. Gabisan, MD, FACS

Mark W. Gesell, MD, FACS

Barry L. Swick, MD


**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 530-4949
www.professionalortho.com

the same codes as Ms. Marcus were paid substantially higher.

Based on this emergent surgery for Ms. Marcus this claim needs to be reviewed for additional payment and processed as an emergency surgery.

Based on this information, we request that the adjustments be reversed and additional payment be made.

If your company does not release additional benefits, please submit the applicable policy language IN DETAIL, which justifies the determination so that we may determine your company's liability when this claim goes to our corporate attorney for arbitration.

We appreciate your prompt attention to this matter. If you need to contact me please call me at (732) 530-4949 x125

Sincerely,

Sheree Roth



**PROFESSIONAL SPINE**
AND
**SCOLIOSIS CENTER**
AT
**PROFESSIONAL
ORTHOPAEDIC**
ASSOCIATES

**Jason D. Cohen, MD, FACS**
Board Certified
Fellowship Trained
Orthopaedic Spinal Surgeon

Diplomate
American Board of Spine Surgery

Scoliosis
Spinal Surgery
Neck Surgery
Spinal Deformity
Herniated Discs
Spinal Stenosis
Spinal Tumors and Fractures
Spinal Reconstructive Fusions

**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 530-4949
www.professionalortho.com

November 24, 2014

Horizon BS of NJ
PO Box 10129
Newark, NJ 07101
ATT: MEMBER APPEALS DEPT

Re:        Abir Marcus
ID #:      ███████████
DOS:       7/4/14
CLAIM #:  261419021337 04

To Whom It May Concern:

I am appealing this claim as the designated authorized representative for the above-mentioned patient to dispute the processing of the above claim. Please see attached authorized form signed by patient allowing us to appeal on her behalf.

We are in receipt of the EOB regarding the processing of the above referenced claim. It is our understanding that benefits were processed according to what you feel is a usual and customary reimbursement for this surgery. .

Please be advised that Ms. Marcus underwent emergency surgery on 7/4/14 due to severe neck pain with left arm paresthesias and weakness for intractable neck pain due to C4-C5 and C5-C6 left herniated nucleus pulposus degenerative disk disease and spondylosis. .

I have attached other Horizon Blue Shield of NJ subscribers, whose similar surgeries with most of



**PROFESSIONAL SPINE**
AND
**SCOLIOSIS CENTER**
AT
**PROFESSIONAL
ORTHOPAEDIC
ASSOCIATES**

**Jason D. Cohen, MD, FACS**
Board Certified
Fellowship Trained
Orthopaedic Spinal Surgeon

Diplomate
American Board of Spine Surgery

Scoliosis
Spinal Surgery
Neck Surgery
Spinal Deformity
Herniated Discs
Spinal Stenosis
Spinal Tumors and Fractures
Spinal Reconstructive Fusions

**Tinton Falls Office**
776 Shrewsbury Avenue
Suite 105
Tinton Falls, NJ 07724
Fax (732) 530-3618

**Toms River Office**
1430 Hooper Avenue
Suite 101
Toms River, NJ 08753
Fax (732) 349-7722

**Freehold Office**
303 West Main Street
First Floor
Freehold, NJ 07728
Fax (732) 577-0036

(732) 530-3949
www.professionalortho.com

the same codes as Ms. Marcus were paid substantially higher.

Based on this emergent surgery for Ms. Marcus this claim needs to be reviewed for additional payment and processed as an emergency surgery.

Based on this information, we request that the adjustments be reversed and additional payment be made.

If your company does not release additional benefits, please submit the applicable policy language, which justifies the determination so that we may determine your company's liability in the event this needs to go to our corporate attorney for arbitration.

We appreciate your prompt attention to this matter. If you need to contact me please call me at (732) 530-4949 x125

Sincerely,

Sheree Roth

## PROFESSIONAL ORTHOPAEDIC ASSOCIATES

### Authorization of Designated Representative to Appeal a Determination

Date: 7/13/14

Patient name: Alan Morris

Insured ID #: ███████████████

I hereby authorize Professional Orthopaedic Associates, as my designated representative, to appeal to my

insurance company, Horizon BS of NJ _____, on my behalf, in the

(please print name of insurance company here)

determination of services rendered by Jason Cohen , and, as part of the appeal, I hereby

(doctor you are seeing today)

authorize Horizon BS of NJ _____ to disclose and furnish to my

(please print name of insurance company here)

designated representative, Professional Orthopaedic Associates, the following information:

**All medical and financial information contained in my insurance file. I understand this information is**

**privileged and confidential.**

Patient Name: Alan Morris

(please print)

Legal Guardian's name: _____

(please print)

Signature of Patient or Legal Guardian: _____ Date: 7/5/14

Signature of Professional Orthopaedic Associates Representative

Page 8 of 11                                                                 REV 4 - 02/03/2014

www.horizonblue.com

Date: 11/05/2014
PAGE   3 OF   5

Check No:     66902547
Payee ID      ██████████
NPI Code      1417934449

| DOS | RNK | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CB-INB | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|-----|-----|-----|-----|-----|------|-----|--------|-------------|------|---------|--------|-------|------------|-----------|------|------------|------|

ADVANTAGE EPO NSA

| 7/04/14 | 21 | 2 | 1 | 22551 | -ET | 67,204.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 67,204.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | 22845 | -ET | 35,000.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 35,000.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | 22651 | -ET | 22,878.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 22,878.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | 22851 | -ET | 22,878.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 22,878.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | 22552 | -ET | 19,255.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 19,255.00- | | 0.00 | 0.00 |
| 7/04/14 | 21 | 2 | 1 | 20936 | -ET | 2,175.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 2,175.00- | | 0.00 | 0.00 |
| | | | CLAIM TOTAL: | | | | 169,390.00- | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 169390.00- | | 0.00 | 0.00 |

| 7/04/14 | 21 | 2 | 1 | 22551 | -ET | 67,204.00 | 0.00 | | 1,930.65 | 0.00 | 0.00 | 0.00 | 65,273.35 | | 0.00 | 1,930.65 |
| 7/04/14 | 21 | 2 | 1 | 22845 | -ET | 35,000.00 | 0.00 | | 826.64 | 0.00 | 0.00 | 0.00 | 34,173.36 | | 0.00 | 826.64 |
| 7/04/14 | 21 | 2 | 1 | 22651 | -ET | 22,878.00 | 0.00 | | 458.79 | 0.00 | 0.00 | 0.00 | 22,419.21 | | 0.00 | 458.79 |
| 7/04/14 | 21 | 2 | 1 | 22851 | -ET | 22,878.00 | 0.00 | | 458.79 | 0.00 | 0.00 | 0.00 | 22,419.21 | | 0.00 | 458.79 |
| 7/04/14 | 21 | 2 | 1 | 22552 | -ET | 19,255.00 | 0.00 | | 446.40 | 0.00 | 0.00 | 0.00 | 18,808.60 | | 0.00 | 446.40 |
| 7/04/14 | 21 | 2 | 1 | 20936 | -ET | 2,175.00 | 0.00 | | 143.32 | 0.00 | 0.00 | 0.00 | 2,031.68 | | 0.00 | 143.32 |
| | Z969a | | | | | | | | | | | | | | | |
| | | | CLAIM TOTAL: | | | | 169,390.00 | 0.00 | | 4,264.59 | 0.00 | 0.00 | 0.00 | 165126.41 | | 0.00 | 4,264.59 |

Z969a  PAYMENT OF $0.00 WAS PREVIOUSLY ISSUED FOR THIS CLAIM. THE PAYMENT SHOULD HAVE BEEN $4264.59. THE PREVIOUS
       PAYMENT HAS BEEN DEDUCTED FROM THE TOTAL PAYMENT REFLECTED FOR THIS CLAIM.

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

## Operative Report

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050  DOB: █████████

Billing Number: 0885667020

ADMISSION DATE: 07/04/2014

**DATE OF SURGERY:** 07/04/2014

**PREOPERATIVE DIAGNOSIS:** C4-C5 and C5-C6 herniated nucleus pulposus, left arm progressive weakness, degenerative disk disease, and spondylosis.

**POSTOPERATIVE DIAGNOSIS:** C4-C5 and C5-C6 herniated nucleus pulposus, left arm progressive weakness, degenerative disk disease, and spondylosis.

**SURGEON:** Jason D Cohen, MD

**ASSISTANT:** Sue E. McNeil, PA and Douglas Navasartian, MD

**ANESTHESIOLOGIST:** Matthew P Zlotnick, MD

**ANESTHESIA:** General endotracheal anesthesia.

**OPERATION:** Anterior cervical diskectomy for neural decompression C4-C5 and C5-C6; anterior interbody arthrodesis at C4-C5 and C5-C6; anterior spinal instrumentation at C4, C5, and C6; interbody device C4-C5; interbody device C5-C6; local autogenous bone grafting; somatosensory evoked potential monitoring of upper and lower extremities x1 additional hour.

**ESTIMATED BLOOD LOSS:** Minimal.

**FLUIDS:** IV fluids, 1000 mL of crystalloid.

**COMPLICATIONS:** No complications.

**COUNTS:** Sponge, instrument, and needle count correct at the end of the procedure.

SSEP monitoring was stable throughout the surgery. Please refer to separate operative report dictated by Dr. Fox.

**INDICATIONS:** The patient is a 46-year-old female who has had an approximately four-week history of severe neck pain with left arm pain, paresthesias, developed progressive weakness in her left arm. The patient had intractable pain, no longer tolerated her symptoms. She presented to the emergency room of Monmouth Medical

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

**Operative Report**

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050   DOB: ███████

Billing Number: 0885667020

ADMISSION DATE: 07/04/2014

Center with progressive weakness in the left upper extremity. She had been treated prior with medication management, exercise, and epidural steroids, none of which afforded her any symptomatic relief. Upon seeing her, she was noted to have weakness in her left deltoid as well as profound weakness in the left biceps. She was in severe pain in the neck and to the left upper extremity. I reviewed the MRI with her, it revealed a left-sided C4-C5 and C5-C6 disk herniation with high-grade spinal stenosis at the C5 and C6 nerve roots. Discussed treatment options such as continued conservative treatment versus surgical intervention. Discussed the risks, benefits, complications, options, and expected outcomes of both treatments. The patient was desirous of surgical treatment. I felt this was the best option for the patient given the progressive weakness that she had and severe intractable pain. Informed consent was obtained.

**PROCEDURE:** She was taken to the operating room on July 4, 2014. She received 1 g of Ancef antibiotic prophylaxis. General endotracheal anesthesia was initiated. She was placed on the operating table in spine position. Head was placed in a Mayfield head rest, a roll was placed beneath the shoulders, arms were secured to the side. All bony prominences were well padded, 7 pounds of traction were hung from Holter device. Neck was prepped and draped in the usual sterile fashion. Left-sided anterior approach was performed. Transverse incision was made. Skin and subcutaneous tissue were sharply incised. Hemostasis was obtained with electrocautery. Platysma muscles were split in the line of the skin incision. Deep cervical fascia was opened at the point of dissection and was carried medially to the carotid sheath through the pretracheal fascia onto the prevertebral space. Peanut dissector was used to clean up the ventral aspect of the spine. At the C6, carotid tubercle was palpated along the C5-C6 disk space. An 18-gauge spinal needle was inserted in the C5-C6 disk space. Lateral radiograph was obtained to confirm position at C5-C6. This space was marked with electrocautery. C4-C5 space was then marked. Longus colli muscle was elevated off the vertebral bodies from C4-C6. Self-retaining retractors were inserted underneath the longus colli muscle. Cephalad and caudad retractors were inserted for visualization from C4-C6. All soft tissue was removed from the ventral aspect of the spine. The annulus at C4-C5 and C5-C6 was incised with 15-blade in a box fashion. Diskectomy was performed with straight and upbiting pituitary rongeurs. Straight and angled curettes were used to remove the cartilaginous endplates, clean up the uncovertebral joints. Starting at the C5-C6, Cloward interbody spreader was inserted. 3.0 angled Karlin curette was used to attach the posterior bony rim from the posterior longitudinal ligament. 1 and 2 mm Kerrison were used to resect the posterior margin of the C5 and C6, to perform a foraminotomy on the left side. The extruded disk fragment was

Page 2 of 4

BARNABAS HEALTH
Monmouth Medical Center
300 Second Avenue
Long Branch, NJ 07740

**Operative Report**

PATIENT NAME: MARCUS, ABIR

MRN: 0001338050   DOB: ▮▮▮▮▮

Billing Number: 0885667020

ADMISSION DATE: 07/04/2014

identified and retrieved.  Complete decompression was performed where a nerve hook could freely pass behind the body of C5 and C6 and out both neural foramen with no further compression.  The pia also was resected.  Surgiflo was used for hemostasis.  Attention was then turned to the C4-C5 level in similar fashion.  Cloward spreader was inserted.  1 and 2 mm Kerrisons were used to dissect the posterior bony margins of C4 and C5 and to resect the posterior longitudinal ligament to perform a foraminotomy on the left side.  Nerve root was decompressed.  Disk fragment was retrieved.  Nerve hook could freely pass behind the body of C4 and C5 and out both the neural foramen.  No further compression.  Copious irrigation was performed.  Surgiflo was used for hemostasis.  Trialing for the interbody device was performed.  The device used was a NuVasive Core Contour.  The appropriate size was a 5 standard.  Cutting broaches were used to prepare both interspaces.  A 3-mm Kerrison was used to harvest the anterior and inferior portion of the vertebral body of C5 and C4 for local autogenous bone graft and to have parallel endplate.  The additional bone from the posterior portion of the vertebral body was also used for local autogenous bone graft.  Bone graft was inserted into the interbody devices and they were packed into the C5-C6 and C4-C5 spaces, respectively.  The NuVasive Helix R 38 mm plate was affixed from C4-C6 with two holding pins.  13 mm screws were inserted sequentially in C4, C5, and C6.  Excellent purchase of all screws was obtained.  Lateral radiographs showed excellent position of the instrumentation at C4-C5 and C5-C6.  Locking rings were engaged and torqued to the manufacturer's recommendation.  Holding pins were removed.  Bone wax was used for hemostasis.  Copious irrigation was performed.  There was no significant bleeding.  A Penrose drain was left deep in the ventral aspect of the spine.  The wound was closed by reapproximating the platysma with 2-0 Vicryl and the closing the wound in layers with 2-0 Vicryl and running 3-0 Monocryl subcuticular sutures.  Steri-Strips were applied followed by sterile dressing and an Aspen collar.  The patient was awakened, extubated and taken to recovery room in stable and satisfactory condition.

E- Signed by
Jason D Cohen, MD 07/07/2014 07:36
A

Jason D Cohen, MD

Page 3 of 4

0524UCDSE0010012212

www.horizonblue.com

Date. 8/24/2013
PAGE   2 OF   4

Check No:   61949058
Payee ID
NPI Code   1417934449

| PATIENT | | | | | | SUBSCRIBER | | | | SUB ID | | CLAIM NO. | | PATIENT ACCT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOS | RMK | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTBLE CUST LINE REAS | OTHER CARR | PAID |

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY DIRECT ACCESS · PROVIDER SERVICES: (800)624-1110

| | | | | | | | | | | | | | NA-7802713199276B6 00 | 180029 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 27 13 | 11 | | | 1 | 99203 | | 340 94 | 0 00 | | 195 00 | 0 00 | | 125 03 | 44 94 | 0 00 | 30 |
| | | 2485H | | CLAIM TOTAL: | | | 340 94 | 0 00 | | 195.00 | 0.00 | 0 00 | 195.06 | 340 94 | 0.00 | 0.00 |

NATIONAL ACCOUNTS SERVICED IN MT LAUREL · PROVIDER SERVICES: (800)624-4755

| | | | | | | | | | | | | | NA-7502713179051135 01 | 160095 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19 14 | 22 2 | | | 1 | 20930 | | 0 00 | 0.00 | | 0.00 | 0 00 | 1 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| | | | | CLAIM TOTAL: | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0 00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | | NA-7802713179051136 02 | 150995 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 19 13 | P910 | 22 2 | | 1 | 22551 | | 56 842 70 | 0 00 | | 31 000 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 31 000 00 |
| | | Z319 Z1224 | | | | | | | | | | | | | | |
| 6/19 13 | P910 | 22 2 | | 1 | 22845 | | 26 950 00 | 0 00 | | 22 300 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 | 22 300.00 |
| | | Z319 Z1224 | | | | | | | | | | | | | | |
| 6 19 13 | P910 | 22 2 | | 1 | 22851 | | 17 972 00 | 0 00 | | 12 500 00 | 0 00 | 0 00 | 0 00 | 0 00 | 0.00 | 12 500 00 |
| | | Z319 Z1224 | | | | | | | | | | | | | | |
| 6/19 13 | P910 | 22 2 | | 1 | 20936 | | 1 175 00 | 0.00 | | 1 200 00 | 0 00 | | 0 00 | 0 00 | 0 00 | 1 200 00 |
| | | Z319 Z1224 Z3949 | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 102.565.00 | 0.00 | | 67,000 00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67,000 00 |



SAMPLE EOB



1107UCD1EO010015408

Date: 11/07/2013
PAGE    2 OF    1

www.horizonblue.com

Check No:    62820729
Payee iD
NPI Code    1417934449

| POS | PATIENT HIK | POS | TOB | QTY/PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | SUB ID CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | PATIENT ACCT OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NATIONAL ACCOUNTS POS - PROVIDER SERVICES: (800)624-4750

RA-780261328302211 00    199703

| 10/07/13 | 22 | 2 | 1 | 22551 |  | 56,862.00 | 0.00 |  | 28,523.00 | 1,910.40 | 0.00 |  | 0.00 | 32,249.40 |  | 0.00 | 24,612.60 |
| 10/07/13 | 22 | 2 | 1 | 22648 |  | 25,556.00 | 0.00 |  | 24,176.00 | 0.00 | 0.00 |  | 0.00 | 1,378.00 |  | 0.00 | 24,176.00 |
| 10/07/13 | 22 | 2 | 1 | 22851 |  | 17,972.00 | 0.00 |  | 12,500.00 | 0.00 | 0.00 |  | 0.00 | 5,472.00 |  | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 | 22861-59 |  | 17,972.00 | 0.00 |  | 12,500.00 | 0.00 | 0.00 |  | 0.00 | 5,472.00 |  | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 | 22861-59 |  | 17,972.00 | 0.00 |  | 12,500.00 | 0.00 | 0.00 |  | 0.00 | 5,472.00 |  | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 | 22861-59 |  | 17,972.00 | 0.00 |  | 12,500.00 | 0.00 | 0.00 |  | 0.00 | 5,472.00 |  | 0.00 | 12,500.00 |
| 10/07/13 | 22 | 2 | 1 | 22652 |  | 16,292.00 | 0.00 |  | 6,198.00 | 0.00 | 0.00 |  | 0.00 | 10,094.00 |  | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 | 22552-59 |  | 16,292.00 | 0.00 |  | 6,198.00 | 0.00 | 0.00 |  | 0.00 | 10,094.00 |  | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 | 22552-59 |  | 16,292.00 | 0.00 |  | 6,198.00 | 0.00 | 0.00 |  | 0.00 | 10,094.00 |  | 0.00 | 6,198.00 |
| 10/07/13 | 22 | 2 | 1 | 20935 |  | 2,175.00 | 0.00 |  | 1,202.00 | 0.00 | 0.00 |  | 0.00 | 893.00 |  | 0.00 | 1,202.00 |
| Z456a |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  | CLAIM TOTAL: |  |  | 205,357.00 | 0.00 |  | 120,597.00 | 1,910.40 | 0.00 |  | 0.00 | 86,680.40 |  | 0.00 | 118,576.60 |

Z456a  MEMBER COINSURANCE OF $1910.40 WAS APPLIED TO THIS CLAIM



1002UCOSE00100 15851

Date: 10/02/2013
PAGE   2 OF   2

www.horizonblue.com

Check No:        62375655
Payee ID    ▓▓▓▓▓▓▓
NPI Code    1417994449

| PATIENT | | | | | | SUBSCRIBER | | | | VEN ID | | | CLAIM NO. | | | | PATIENT ACCT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOS | RMK | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |

NJ DIRECT - PROVIDER SERVICES: (800)624-1110

| | | | | | | | | | | | | | | NA-760261320744477 00 | | 191773 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/13 | Z319 | 22 | 7 | 1 | 22551 | | 56,862.00 | 0.00 | | 47,078.42 | 1,443.65 | 0 00 | 0 00 | 0.00 | | 0 00 | 45,834.77 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22845 | | 25,556.00 | 0.00 | | 21,159.30 | 0.00 | 0.00 | 0 00 | 0.00 | | 0 00 | 21,159.30 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22851 | | 17,972.00 | 0.00 | | 13,224.56 | 0.00 | 0.00 | 0 00 | 0.00 | | 0.00 | 13,224.56 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22851-59 | | 17,972.00 | 0.00 | | 13,224.56 | 0.00 | 0.00 | 0 00 | 0.00 | | 0 00 | 13,224.56 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 22862 | | 16,292.00 | 0.00 | | 13,489.13 | 0.00 | 0.00 | 0 00 | 0.00 | | 0 00 | 13,489.13 |
| 7/12/13 | Z319 | 22 | 2 | 1 | 20936 | | 2,175.00 | 0.00 | | 1,844.40 | 0.00 | 0.00 | 0 00 | 0.00 | | 0.00 | 1,844.40 |
| | Z832 | | | | | | | | | | | | | | | | |
| | Z466a | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 136,829.00 | 0.00 | | 110,020.37 | 1,443.65 | 0.00 | | 0.00 | 0.00 | | 0.00 | 108,576.72 |

2832  PLEASE NOTE CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
      CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED. FOR EXAMPLE IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
      UNTIL MARCH 31, 2013 TO FILE A CLAIM
Z466a  MEMBER COINSURANCE OF $1443.65 WAS APPLIED TO THE CLAIM
Z819   YOU ARE A NON-PARTICIPATING PROVIDER  THE CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT  THE AMOUNT
       THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM

NATIONAL ACCOUNTS SERVICED IN MT.LAUREL - PROVIDER SERVICES: (800)624-4750

| | | | | | | | | | | | | | | NA-760261324721472 00 | | 193433 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/01/13 | Z319 | -11 | | 1 | 89244 | | 607.88 | 0.00 | | 422.00 | 84 40 | 0 00 | 0 00 | 370.28 | | 0 00 | 337.60 |
| 8/01/13 | Z319 | | | 1 | 72100 | | 223.00 | 0.00 | | 199.00 | 39 80 | 0 00 | 0 00 | 63.80 | | 0.00 | 159.20 |
| | Z466a | | | | | | | | | | | | | | | | |
| | | | | CLAIM TOTAL: | | | 830.88 | 0.00 | | 621.00 | 124.20 | 0.00 | | 0.00 | 334.08 | | 0.00 | 496.80 |

2466a  COINSURANCE OF $124.20 WAS APPLIED TO ITEM 1, 2,4
Z819   YOU ARE A NON-PARTICIPATING PROVIDER  THE CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT  THE AMOUNT
       THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM



SAMPLE EOB



www.horizonblue.com

Date: 3/13/2014
PAGE    3 OF    4

Check No:     64239781
Payee ID
NPI Code    1417934449

| EOB | NPI | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | COST LIAB REAS | OTHER CARR | PAID |
|-----|-----|-----|-----|-----|------|-----|--------|-------------|------|---------|--------|-------|------------|----------------|------------|------|

HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY HMO - PROVIDER SERVICES: (800) 624-1110

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/06/14 Z464 | 22 | 2 | 1 | 22851-ET | 58,862.00 | 0.00 | | 58,862.00 | 2,057.42 | 0.00 | 0.00 | 2,057.42 | | 0.00 | 54,804.6 |
| 1/06/14 Z464 | 22 | 2 | 1 | 22845-ET | 25,556.00 | 0.00 | | 25,556.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 25,556.0 |
| 1/06/14 Z464 | 22 | 2 | 1 | 22851-ET | 17,972.00 | 0.00 | | 17,972.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 17,972.0 |
| 1/06/14 Z464 | 22 | 2 | 1 | 20938-ET | 2,175.00 | 0.00 | | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,176.0 |
| Z464a | | | | | | | | | | | | | | | |
| | | | CLAIM TOTAL: | 102,565.00 | 0.00 | | 102,565.00 | 2,057.42 | 0.00 | 0.00 | 2,057.42 | | 0.00 | 100,507.! |

Z464a  MEMBER COINSURANCE OF $2057.42 WAS APPLIED TO THIS CLAIM.
Z464   PAYMENT FOR THIS SERVICE HAS BEEN ISSUED TO YOUR OFFICE AS IT WAS AUTHORIZED THROUGH YOUR SOLE POINT OF SERVICE.



SAMPLE COB

0X0S0U02S0E0010015427

www.horizonblue.com

Date: 9/09/2014
PAGE    2 OF    4

Check No:  66272404
Payee ID
NPI Code   1417934449

| SOS | RVK | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | COST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NJ DIRECT - PROVIDER SERVICES: (800) 334-1120

| SOS | RVK | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | COST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/09/14 | Z319 | 22 | 2 | 1 | 22551 | | 67,204.90 | 0.00 | | 55,847.00 | 0.00 | 0.00 | 0.00 | 11,687.00 | | 0.00 | 55,617.00 |
| 6/09/14 | UT15a | 22 | 2 | 1 | 22830-51 | | 60,405.00 | 0.00 | | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6/09/14 | Z319 | 22 | 2 | 1 | 22845 | | 30,204.00 | 0.00 | | 25,000.00 | 0.00 | 0.00 | 0.00 | 5,204.00 | | 0.00 | 25,000.00 |
| 6/09/14 | Z319 | 22 | 2 | 1 | 22851 | | 18,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 878.00 | | 0.00 | 18,000.00 |
| 6/09/14 | | 22 | 2 | 1 | 20936 | | 2,175.00 | 0.00 | | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,175.00 |
| | Z632 | | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | | |
| | | | CLAIM TOTAL: | | | | 178,866.00 | 0.00 | | 113,022.00 | 0.00 | 0.00 | 0.00 | 17,769.00 | | 0.00 | 100,692.00 |

Z858  PLEASE NOTE, CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
      CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED. FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
      UNTIL MARCH 31, 2013 TO FILE A CLAIM.
Y788  HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
      RESPECT TO CLAIMS.
Z319  YOU ARE A NON-PARTICIPATING PROVIDER. THE CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT   THE AMOUNT
      THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM.
UT15a THIS SERVICE IS NOT PAID SEPARATELY. THIS SERVICE IS INCIDENTAL TO A PROCEDURE THAT HAS ALREADY BEEN PROCESSED
      FOR THIS DATE OF SERVICE UNDER CLAIM NUMBER 790571419 70855-04

SAMPLE EOB

0710U0DSE0010018878

www.horizonblue.com

Date:  7/10/2014
PAGE   2 OF   2

Check No:   65609585
Payee ID    ▮▮▮▮▮▮
NPI Code    1417934449

SAMPLE EOB

NJ DIRECT - PROVIDER SERVICES:  (800)624-1110

| DOS | SVC | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651 | | 67,204.00 | 0.00 | | 49,985.30 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 49,985.30 |
| 6/09/14 | Z319 | 22 | 2 | 1 | 22646 | | 30,204.00 | 0.00 | | 22,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 22,500.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651 | | 19,878.00 | 0.00 | | 16,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 16,200.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 20936 | | 2,175.90 | 0.00 | | 1,957.50 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 1,957.50 |
| | Z832 | | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | | |
| | | | | | CLAIM TOTAL: | | 119,461.00 | 0.00 | | 90,622.80 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 90,622.80 |

Z832  PLEASE NOTE  CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED.  FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
UNTIL MARCH 31, 2013 TO FILE A CLAIM

Y755  HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
RESPECT TO CLAIMS.

Z319  YOU ARE A NON-PARTICIPATING PROVIDER.  THIS CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT.  THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM.

| DOS | SVC | POS | TOS | QTY | PROC | MOD | BILLED | NOT ALLOWED | REAS | ALLOWED | CO-INS | COPAY | DEDUCTIBLE | CUST LIAB | REAS | OTHER CARR | PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/06/14 | Z319 | 22 | 2 | 1 | 22551 | | 67,204.00 | 0.00 | | 56,817.00 | 0.00 | 0.00 | 0.00 | 11,667.00 | | 0.00 | 55,517.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22646 | | 30,204.00 | 0.00 | | 30,000.00 | 0.00 | 0.00 | 0.00 | 204.00 | | 0.00 | 30,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651 | | 19,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651-59 | | 19,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651-59 | | 19,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | Z319 | 22 | 2 | 1 | 22651-59 | | 19,878.00 | 0.00 | | 18,000.00 | 0.00 | 0.00 | 0.00 | 1,878.00 | | 0.00 | 18,000.00 |
| 6/06/14 | | 22 | 2 | 1 | 22652 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 22652-59 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 22652-59 | | 19,255.00 | 0.00 | | 19,255.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 19,255.00 |
| 6/06/14 | | 22 | 2 | 1 | 20936 | | 2,175.90 | 0.00 | | 2,176.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 2,176.00 |
| | Z832 | | | | | | | | | | | | | | | | |
| | Y755 | | | | | | | | | | | | | | | | |
| | | | | | CLAIM TOTAL: | | 236,860.00 | 0.00 | | 217,487.00 | 0.00 | 0.00 | 0.00 | 19,403.00 | | 0.00 | 217,487.00 |

Z832  PLEASE NOTE CLAIMS MUST BE FILED WITHIN 18 MONTHS AFTER THE END OF THE
CALENDAR YEAR IN WHICH THE CHARGES WERE INCURRED.  FOR EXAMPLE, IF A SERVICE WAS PROVIDED IN 2011, YOU WOULD HAVE
UNTIL MARCH 31, 2013 TO FILE A CLAIM.

Y755  HORIZON PROVIDES ADMINISTRATIVE CLAIMS PAYMENT SERVICES ONLY AND DOES NOT ASSUME ANY FINANCIAL RISK OR OBLIGATION WITH
RESPECT TO CLAIMS

Z319  YOU ARE A NON-PARTICIPATING PROVIDER.  THIS CHARGE EXCEEDS THE MAXIMUM ALLOWED BY THE MEMBER'S CONTRACT.  THE AMOUNT
THE MEMBER IS RESPONSIBLE FOR IS SHOWN ON THIS FORM.



# EXHIBIT G



Horizon Blue Cross Blue Shield of New Jersey

Three Penn Plaza
Newark, NJ 07105-2200
www.HorizonBlue.com

March 22, 2015

JASON D COHEN MD
776 SHREWSBURY AVENUE SUITE 201
TINTON FALLS NJ 07724

RE:   Patient Name:            ABIR A MARCUS
      Member ID Number:        ▉▉▉▉▉▉▉▉
      Reference Number:        1-625061467828
      Date(s) of Service:      7/4/2014-7/4/2014
      Claim Number:            26141902133704
      Patient Account Number:  ▉▉▉▉

Dear Health Care Professional:

Horizon Blue Cross Blue Shield of New Jersey (Horizon BCBSNJ) acknowledges receipt of your written inquiry on March 02, 2015.

The request to reconsider the claim has been reviewed carefully according to the member's benefits and Horizon BCBSNJ's payment methodology. EPO ADVANTAGE includes an option for using out-of-network providers. When a member exercises this out-of-network option they will be responsible for their deductible and coinsurance based on the reasonable and customary fee schedule as outlined in their benefits, and any balance due up to charges for all services.

We value your partnership and your concerns are very important to us. Should you have further questions, please feel free to contact us at one of the numbers below:

- Physician/Healthcare Professional at 1-800-624-1110
- BlueCard Dedicated Unit at 1-888-435-4383
- Institutional/Facility at 1-888-666-2535

**Did you know** by accessing Horizon's website www.horizonblue.com or by using our automated Interactive Voice Response (IVR) system which is available 24/7 for your convenience, you can save time and minimize the need to contact us via a telephone call? These online services make it easy for you to access the important information you need to manage your patients such as *Claim Status; Eligibility/Benefits; Referral Submission;* and *other pertinent information.* Registration for the website is easy. If you encounter problems during registration, you can contact our eBusiness Helpdesk (Monday – Friday from 8:00 a.m. to 5:00 p.m. EST) at 1-888-777-5075.

Information on your appeal rights is available at <https://services5.horizon- bcbsnj.com/agrise/main.horizon/jsni/tsweb/appeals.html>

Sincerely,

*Lynell Williams*



Lynell Williams
Service Request Correspondence
Provider Services Department